**SIERRA ON–LINE, INC., Appellant,**

v.

**CENDANT PUBLISHING, INC., Appellee.**

No. 04–1406.

United States Court of Appeals, Federal Circuit.

Nov. 24, 2004.

ON MOTION

*ORDER*

Upon consideration of Sierra On–Line, Inc.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Jeffrey D. REMY, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 05–3028.

United States Court of Appeals, Federal Circuit.

Nov. 24, 2004.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing its brief 60 days from the date of filing of this order.